U.S. Department of Justice
United States Attorney

**United States District Court**
Western District of Texas
Waco Division

FILED
MAR 09 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA   )
                           )
VS.                        )   CRIMINAL NO.
                           )
JADE KUHN (14)             )   W09CR191 (14)

ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Recommended Amount of Bail |
|---|---|
| JADE KUHN | NO BOND |

ENTERED at Waco, Texas, this 9th day of March, 2010.

~~CHIEF UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE